UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kenneth N. Hammond,
  Aggrieved Party,

           V.                                  Civil Action No: 1:08-cv-00147 (RJL)
U.S. PAROLE COMMISSION, et, al.
  Respondents.

### AGGRIEVED PARTY'S MOTION SEEKING FOR DISTRICT COURT TO ISSUE COURT ORDER FOR THE ENTRY OF JUDGEMENT

The Aggrieve Party, Kenneth N. Hammond moves before this District Court and the Honorable Judge Richard J. Leon, seeking for this honorable Judge to Order that the Aggrieved Party's Great Writ of Habeas Corpus be hereby Granted.

For back on April, 17th, 2008 this District Court through the Honorable Judge Richard J. Leon, Ordered that the Respondents (U. S. Parole Commission) by Counsel was to file with this Court within twenty (20) days of service showing why the Aggrieve Party's Great Writ should not be Granted, which mean that the Respondents were to submitted their Response by May, 7th, 2008, for the Aggrieve Party asserts and the record herein do show that if this Court only counted five days a week as the Business work days, then the Respondents would have had up until May, 13th, 2008 to submit their response, which in this case the Respondents have failed to respond as ordered to the Court's Order as Ordered by this District Court.

RECEIVED
MAY 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For in the Aggrieve Party's Great Writ of Habeas Corpus, the Aggrieve Party stated before this District Court that the Respondents were violating his Constitutional Rights by unlawfully holding him in custody to reserve a sentence from which he has already served on Parole, which is in direct violation of Jones v. Cunningham, 371 U.S. 236, 83 S. Ct. 373, 9 L.Ed.2d 285(1963).

For the Aggrieve Party now moves before this Honorable Court seeking for this Court to Grant the relief the aggrieve party was seeking within his Writ and Order the Aggrieve Party release from any and all obligations that was owed to the Respondents by the aggrieve party and for this Order to be executed as according to the date of 12-26-2007 the sentence execution completion date.

Certificate of Service

I hereby declare That a copy of This motion was Mail To Respondents Attorney's on 5/20/08 by U.S. Mail postal

Of Counsel: /s/ Hammond N. Kenneth

Respectfully Submitted,
/s/ Hammond N. Kenneth
Mr. Kenneth N. Hammond, pro-se
9302 Piney Branch Road # 202
Silver Spring, Maryland, 20903
May, 20th, 2008

United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

U. S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland, 20815-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH N. HAMMOND
Aggrieve Party,

V.

Civil Action No: 1:08-cv-00147 (RJL)

U. S. PAROLE COMMISSION et, al.
Respondents.

### ORDER

This matter is before the Court on the Aggrieve Party's Motion for Entry of Judgement, were this Honorable Court Ordered that the Respondents were to show cause within twenty (20) days to why the aggrieve party's Writ should not be granted,

It is now more then thirty (30) days since said Order was issued by this Court and the Respondents have failed to respond to said Court Order, it is hereby Ordered that the Aggrieved Party's Writ of Habeas Corpus is hereby Granted.

_____
UNITED STATES DISTRICT JUDGE