UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 03 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Kenneth Hammond, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Civil Action No. 08-0147 (RJL) |
| ) | |
| U.S. Parole Commission *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

This matter is before the Court on the government's response to the Court's order to show cause why the writ of *habeas corpus* should not issue. Because the Court's consideration of the response could dispose of the case, petitioner is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that petitioner has until **June 27, 2008**, to file a reply, failing which the Court will treat the factual assertions in the response as conceded and may summarily deny the petition and dismiss the case; and it is

**FURTHER ORDERED** that petitioner's motion for entry of judgment [Dkt. No. 4] is **DENIED**, inasmuch as there is no indication from the record that respondent's opposition is untimely.

Date: May 28, 2008

Richard J. Leon
United States District Judge